EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| Plaintiff | ) | CRIMINAL NO. 5:11-131 |
| | ) | |
| v. | ) | |
| | ) | OPINION AND ORDER |
| LAKISHA D. SLATON, | ) | |
| KELVIN J. LEWIS, and | ) | |
| LATRICE BRITTON | ) | |
| Defendants | ) | |

\* \* \* \* \* \* \* \*

This matter is before the Court on the Motion to Dismiss (DE 175) Counts I and II of the Indictment filed by the Defendant Lakisha Slaton. Co-Defendant Latrice Britton joined in the motion as to Count I.

In her motion, Slaton challenges the sufficiency of the government's proof against her on Counts I and II. The proper time to raise such a motion is after the government has presented its evidence. *See* Fed. R. Crim. P. 29. Defendants cannot challenge the sufficiency of the evidence through a pre-trial motion to dismiss the indictment.

As the Supreme Court has explained, "[a]n indictment returned by a legally constituted and unbiased grand jury, like an information drawn by the prosecutor, if valid on its face, is enough to call for trial of the charges on the merits." *Costello v. United States*, 350 U.S. 359, 409 (1956) (footnote omitted); *see also*, *United States v. Calandra*, 414 U.S. 338, 345 (1974) ("[A]n indictment valid on its face is not subject to challenge on the ground that the grand jury acted on the basis of inadequate or incompetent evidence."). As the Sixth Circuit has explained, "[w]hen a body of citizens, properly chosen and constituted as a grand jury, finds probable cause to believe that a crime has

been committed within its jurisdiction, that finding is sufficient to require a trial." *United States v. Short*, 671 F.2d 178, 183 (6th Cir.1982). "The prosecution must still produce evidence from which the trial jury can find every element of the offense proven beyond a reasonable doubt, or the defendant is entitled to a judgment of acquittal. However, the prosecution's evidence is tested at trial, not in a preliminary proceeding." *Id*.

For these reasons, the Court hereby ORDERS that the Motion to Dismiss (DE 175) Counts I and II of the Indictment is DENIED. The Defendants may make a motion pursuant to Federal Rule of Criminal Procedure 29 after the government closes its evidence.

Signed By:
*Karen K. Caldwell* KKC
United States District Judge